IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELO FRANK MILLICAN,

    Petitioner,               No. CIV S-10-0470 DAD P

   vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

    Respondent.             ORDER
_____/

      Petitioner, a former prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      The application attacks a judgment of conviction entered in the Orange County Superior Court. Any and all witnesses and evidence necessary for the resolution of petitioner's application are readily available in Orange County. <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484, 499 n.15 (1973); 28 U.S.C. § 2241(d). Orange County is in an area embraced by the United States District Court for the Central District of California.

/////

/////

/////

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: March 4, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mill0470.108