1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELO FRANK MILLICAN, | No. SACV 10-293-VAP(CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JONATHAN M. GARCIA (Warden), | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed.[1] The court accepts the findings and recommendation of the Magistrate Judge.

---

[1] On June 9, 2011, Petitioner filed a "Notice of Opposition" (which he dated June 5, 2011, before the filing of the Report and Recommendation). Petitioner did not file any other document thereafter. Even if the Notice is construed as stating Petitioner's objections, and subjected to de novo review, it does not set forth any persuasive reasons for rejecting any part of the Report and Recommendation.

1

**IT IS THEREFORE ORDERED**: (1) that Respondent's second motion to dismiss (docket no. 19, filed February 9, 2011) be granted; and (2) that judgment be entered dismissing the petition, without prejudice, for complete failure to exhaust state court remedies.

DATED: <u>June 30, 2011</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge