**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELO FRANK MILLICAN, ) | No. SACV 10-293-VAP(CW) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| JONATHAN M. GARCIA (Warden), ) | |
| ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, as wholly unexhausted.

DATED: June 30, 2011

VIRGINIA A. PHILLIPS
United States District Judge